# UNITED STATES DISTRICT COURT

## District of Minnesota

Kelving Alexander Sarmiento Varela,

                    Petitioner,

v.

Pamela Bondi, Kristi Noem, Department of
Homeland Security, Todd M. Lyons,
Immigration and Customs Enforcement,
Daren K. Margolin, Executive Office for
Immigration Review, Peter Berg, Ryan Shea,

                    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-4523 NEB/DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1.    The Petition (ECF No. 1) is GRANTED as follows. S.V.'s detention without an individualized custody determination violated the Immigration and Nationality Act and the Due Process Clause of the Fifth Amendment;

2.    Within **seven days**, Respondents must either provide S.V. a bond hearing or release S.V.; and

3.    Within **fourteen days**, the parties shall advise the Court whether additional proceedings in this matter are required.

Date: 12/18/2025

KATE M. FOGARTY, CLERK